FILED BY_____D.C.
MAR 06 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA - MIAMI

14 CR 20604
Feb 23, 24

Dear Honorable Court,

I am respectfully requesting that this Honorable court construe this letter as a petition requesting a sentencing reduction in light of the 2023 United States Sentencing Guideline Amendment 821. I meet the requirements and criteria under this retroactive Amendment.

I further respectfully request that this Honorable Court appoint counsel, to help me litigate/file this petition, since I am not trained, or skilled in law.

Also my home detention date is march 22, 2023 I would like to be able to be immediately released if possible to Another chance House of refuge INC which is a transitional Housing program that I got accepted and approved to go to that will support me through their programs that assist with building self-sufficiency for my re-entry.



*Another Chance*
HOUSE OF REFUGE INC.

October 4, 2023

This letter serves as approval for Kisha Singletary acceptance into Another Chance House of Refuge Inc. Transitional Housing Program. Our *House of Refuge* will support Kisha through our programs that assist with building self-sufficiency for individuals, including but not limited to the following:

- Financial management, including good credit and budget building education.
- Home management, residents will maintain the home's interior and exterior.
- Career coaching, including career skill building, resume development, and employment alignment assistance.
- Life coaching, self-growth and empowerment programs for all residents
- Military veteran services, including case management support for the duration of their residence

We will support and assist Ms. Singletary with sustaining self-sufficiency through our programs and we will continue our support with her after here transition from our program. At this time Kisha Singletary has been approved to move into our women's transitional home. Please let us know if you have any further questions.

Sincerely,

Shakieta Maloye
Executive Director
Another Chance House of Refuge Inc.
(704) 562-7500
www.anotherchanceclt.org

Kisha Singletary 06635104  
Federal Correctional Institution - Dublin  
5701 9th St - camp parks  
Dublin, CA 94568

≈06635-104≈

Courthouse Wilkie D Ferguson Jr.  
Honorable Judge Lenord  
400 N Miami AVE  
Clerk of Courts  
Miami, FL 33128  
United States

33128-771699

Clerk of Courts



REC'D BY _____ D.C.  
FEB 01 2024  
ANGELA E. NOBLE  
CLERK U.S. DIST. CT.  
S. D. OF FLA. - MIAMI